ACCEPTED
04-15-00749-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/3/2015 12:58:36 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00749-CV

**IN THE FOURTH DISTRICT COURT OF APPEALS
SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/3/2015 12:58:36 PM
KEITH E. HOTTLE
Clerk

**ANTONIO JIMENEZ and MARY LOUISE JIMENEZ
Appellants**

**v.**

**CARLOS GONGORA
Appellee**

Appealed from the 45th District Court of
Bexar County, Texas

## APPELLEE'S MOTION TO DISMISS FOR LACK OF JURISDICTION

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES Appellee, CARLOS GONGORA, and asks the Court to either dismiss this appeal or affirm the trial court's judgment and grant Appellee judgment for costs.

### A.  Introduction

1.  Appellants are ANTONIO JIMENEZ and MARY LOUISE JIMENEZ; Appellee is CARLOS GONGORA.

### B.  Argument & Authorities

2.  The Court has the authority under Texas Rule of Appellate Procedure 42.3(a) to dismiss the appeal for lack of jurisdiction.

3.   The Court should dismiss this appeal because the order being appealed is a nonappealable interlocutory order. *City of Houston v. Kilburn*, 849 S.W.2d 810, 811 (Tex. 1993). The appeal is based on a summary judgment in favor of Appellee. Appellee filed a counterclaim on March 20, 2015. The counterclaim has not been decided. Therefore this judgment forming the basis of the appeal is interlocutory.

## C.  Conclusion

4.   Because the judgment of which Appellants complain is not final, this Court lacks jurisdiction to entertain this appeal. There are no statutory provisions which allow for the appeal of this interlocutory order. See, CPRC § 51.014 (a).

## D.  Prayer

5.   For these reasons, Appellee asks the Court to grant this motion and dismiss the appeal and grant Appellee judgment for costs.

Respectfully submitted,

LAW OFFICES OF JAAY D. NEAL, P.C.
322 W. Woodlawn Avenue
San Antonio, TX 78212
Telephone:    210/735-2233
Facsimile:    210/735-8431
jaayneal@aol.com


BY:___*/s/  Jaay D. Neal*_____
        JAAY D. NEAL
        State Bar No. 14836700
Attorney for Appellee

## CERTIFICATE OF SERVICE

I hereby certify and affirm that on this the 3rd day of December, 2015, I sent a true and correct copy of Appellee's Motion to Dismiss for Lack of Jurisdiction to the following attorney of record:

Mr. Adam Poncio
Poncio Law Offices, P.C.
5410 Fredericksburg Road, Suite 109
San Antonio, TX  78229-3550
*via facsimile:  (210) 212-5580*

/s/  Jaay D. Neal<br>
JAAY D. NEAL